*law library*

# IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM, )
         )
         ) **CRIMINAL CASE NO. CF0093-12**
         )
         )
     vs. )
         )
         ) **DECISION AND ORDER**
         )
ALBERT T. TEDTAOTAO, )
         )
         )
         Defendant. )
         )

FILED
SUPERIOR COURT
2012 NOV -5 PM 4: 14
CLERK OF COURT
BY
_____

This matter came before the HONORABLE VERNON P. PEREZ on November 1, 2012. Attorney Mikaela J. Silkey Henderson appeared representing Defendant Tedtaotao. Assistant Attorney General Jesse N. Nacis appeared representing the Government. Having reviewed the pleadings and arguments presented, the Court now issues the following written Decision and Order.

## BACKGROUND

Defendant Tedtaotao reasserted his speedy trial right on October 2, 2012. In addition to the 20 days previously expended when Defendant asserted from February 22, 2012 to March 12, 2012, the Court scheduled trial on November 13, 2012. That trial date is 62 days from arraignment while the speedy trial clock ticked.[1]

## DISCUSSION

Defendant reasserted his speedy trial right on October 2, 2012 and as a result, the clock began again and continued from his last assertion. The Court issued a Scheduling Order on October 3, 2012 setting trial for November 13, 2012. That Scheduling Order was filed without

---

[1] February 22, 2012 to March 12, 2012 is 20 days. October 2, 2012 to November 13, 2012 is 42 days. Even in the event that Defendant's present Motion to Dismiss tolls the clock, that tolling would occur on November 1, 2012 which is 50 days from arraignment.

*People v. Tedtaotao*
Criminal Case No. CF0093-12      - Page 1 of 2 -

input by Defendant about a proper date and thus 8 GCA § 80.60(b)(1) does not excuse the Court scheduling the trial beyond 45 days. As a result, 8 GCA § 80.60 requires dismissal in this matter as the Court does not maintain that any good cause existed. The Court does not find that the Government caused the delay or that these alleged crimes are barred from future prosecution. Thus, the dismissal will be without prejudice. The Court understands that it provided the Government with an opportunity to brief the issues within Defendant's Motion to Dismiss. However, the Court will issue this Decision and Order without further input or submissions from the Government as the Court does not find that any argument could possibly provide any good cause excuse to the speedy trial right violation.

## CONCLUSION

Based on the foregoing analysis, Defendant's Motion to Dismiss is **GRANTED** without prejudice.

NOV 0 5 2012

So **ORDERED** this _____ day of November, 2012

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

NOV 5 2012

Therese M. Blas
Deputy Clerk, Superior Court of Guam